EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2004

at __4__ o'clock and ___ min. __P__ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LARRY EUGENE SHAMBLIN, JR.,<br><br>　　　　　　Defendant. | CR. NO. CR04-00248 SOM<br><br>INDICTMENT<br><br>[18 U.S.C §922(g)(1);<br>18 U.S.C. §924(a)(2)] |

### INDICTMENT

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)]

The Grand Jury charges:

On or about March 4, 2004, in the District of Hawaii, defendant, LARRY EUGENE SHAMBLIN, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm, to wit:

a Springfield Model 234, .22 caliber bolt action rifle bearing serial number B768387.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: JUN 3 0 2004, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. Larry Eugene Shamblin, Jr.
Cr. No. _____
"Indictment"