

U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

August 16, 2006

The Honorable Susan Oki Mollway
Judge of the U.S. District Court
  for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

**Re: SHAMBLIN, Larry E., Jr.**
     Reg. No. 91586-022
     Docket No. 1:04CR00248-001

Dear Judge Mollway:

This is in response to the Court's recommendation that Larry Shamblin, Jr., serve his term of confinement at a facility in Lompoc, California. Mr. Shamblin was sentenced in your court to a 21-month term for Felon in Possession of a Firearm.

Unfortunately, we were unable to follow the Court's recommendation. Mr. Shamblin has been classified as a low security level offender. The low security level facility recommended by the Court is currently experiencing population pressures. Accordingly, Mr. Shamblin has been designated to the low security level Cadre at the Federal Detention Center in Honolulu, Hawaii.

Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

Sincerely,

Rebecca Tamez
Chief

cap
cc: Warden, FDC Honolulu